## THREADGILL v. GARZA et ux.
### No. 9589.

Court of Civil Appeals of Texas. San Antonio.

May 8, 1935.

Wilmer Threadgill, of Laredo, for appellant.

Raymond, Algee, Alvarado & Guerra, of Laredo, for appellees.

PER CURIAM.

Appellant has filed a brief in the case, but as this brief contains no assignment of error or proposition of law, and presents no question for review, it will be stricken. As no fundamental error is apparent from the record, the judgment is affirmed.